UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANE DAVID RISJAN, | : |
| Petitioner | : CIVIL ACTION NO. 3:15-CV-268 |
| v. | : (JUDGE MARIANI) |
| JOHN WETZEL, et al., | : (Magistrate Judge Mehalchick) |
| Respondents. | : |

## ORDER

AND NOW, THIS 15th DAY OF JULY 2019, upon consideration of Magistrate Judge Mehalchick's R&R (Doc. 29) recommending dismissal of Petitioner's § 2254 Petition with prejudice, for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 29) is **NOT ADOPTED**;

2. The 28 U.S.C. § 2254 Petition (Doc. 1) is **GRANTED** to the extent that the Commonwealth of Pennsylvania is directed to release Petitioner within ninety (90) days unless the Commonwealth reinstates Petitioner's appeal rights *nunc pro tunc*.

Robert D. Mariani
United States District Judge